UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUENTIN LEDET,<br><br>               Plaintiff<br><br>   v.<br><br>TASHENNA COOK et al.,<br><br>              Defendants | Case No.  3:21-cv-00507-MMD-CLB<br><br>ORDER |

**I.  DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants until June 30, 2022, to file his updated address with this Court.  If Plaintiff does not update the Court with his current address on or before June 30, 2022, this case will be subject to dismissal without prejudice.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before June 30, 2022.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk of the Court will send a one-time courtesy copy of this order to Plaintiff at Southern Desert Correctional Center.

DATED THIS  1st day of June 2022.

_____
UNITED STATES MAGISTRATE JUDGE