1 | AARON D. FORD
    Attorney General
2 | KAYLA D. DORAME, Bar No. 15533
    Deputy Attorney General
3 | State of Nevada
    100 N. Carson Street
4 | Carson City, Nevada 89701-4717
    Tel: (775) 684-1259
5 | E-mail: kdorame@ag.nv.gov

6 | *Attorneys for Defendants*

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | QUENTIN LEDET,

Case No.  3:21-cv-00507-MMD-CLB

11 | Plaintiff,

12 | vs.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

13 | TASHENNA COOK, et al.,

14 | Defendants.

15 | IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Quentin Ledet,

16 | *pro se*, and the Nevada Department of Corrections, Defendants Cook, Drummond,

17 | Reubart, Daniels, and Mcarble, by and through counsel, Nevada Attorney General, Aaron

18 | D. Ford, and Deputy Attorney General, Kayla D. Dorame, that pursuant to Federal Rule

19 | of Civil Procedure 41(a)(1), that this action should be dismissed in its entirety with

20 | prejudice by order of this Court.

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1

1        This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court

2    settlement between the parties.     Pursuant to the terms of the parties' settlement

3    agreement, each party hereto shall bear its own attorney's fees and costs.

4    DATED this 16th day of August, 2022.     DATED this 15th day of September, 2022

5    2022.

6

7                           AARON D. FORD
                        Attorney General

8

9    By: _____     By:     */s/ Kayla D. Dorame*

10   QUENTIN LEDET (#1186962)     KAYLA D. DORAME
*Plaintiff, Pro Se*     Deputy Attorney General

11   *Attorneys for Defendants*

12

13   **IT IS SO ORDERED.**

14

15   _____
**U.S. DISTRICT JUDGE**

16   **DATED**   **September 15, 2022**

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on September 15, 2022, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Quentin Ledet, #1186962
Ely State Prison
P. O. Box 1989
Ely, NV 89301

_____
An employee of the
Office of the Nevada Attorney General